**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-2102**

---

MICHAEL W. ROGERS,

Plaintiff - Appellant,

and

REBA L. ROGERS,

Plaintiff,

versus

UNITRIN AUTO AND HOME INSURANCE COMPANY, d/b/a
Kemper Auto and Home; AMERICAN MANUFACTURERS
MUTUAL INSURANCE COMPANY; LUMBERMENS MUTUAL
CASUALTY COMPANY,

Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte. Carl Horn, III,
Magistrate Judge. (CA-04-41-5)

---

Submitted: March 15, 2006          Decided: March 28, 2006

---

Before WILKINSON, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael W. Rogers, Appellant Pro Se. Tracy Lynn Eggleston, Garrett
John McAvoy, COZEN O'CONNOR, Charlotte, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael W. Rogers appeals the magistrate judge's order granting summary judgment to Defendants in his breach of contract action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge.[*] See Rogers v. Unitrin Auto & Home Ins. Co., No. CA-04-41-5 (W.D.N.C. Aug. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to jurisdiction of the magistrate judge under 28 U.S.C. § 636(c).